FILED
CLERK, U.S. DISTRICT COURT

SEP - 9 2016

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

Kenney Matz

**ORDER OF PROBATION
UNDER 18 U.S.C. § 3607**

CASE NUMBER: EDCR16-97-KK
3406544

The defendant having been found guilty of an offense described in 21 U.S.C. § 844, and it appearing that the defendant (1) has not, prior to the commission of such offense, been convicted of violating a federal or state law relating to controlled substances, and (2) has not previously been the subject of a disposition under this subsection,

**IT IS ORDERED** that the defendant is placed on probation as provided in 18 U.S.C. § 3607 for a period ___One year___ without a judgment of conviction first being entered. The defendant shall comply with conditions of probation set forth on the next page of this Order, and the following special conditions:

1) Defendant shall participate in an outpatient alcohol and/or substance abuse counseling and/or treatment program that includes urinalysis, saliva, and/or sweat patch testing, as directed by the U. S. Probation Office;

2) Defendant shall submit to one drug test within 15 days of commencing supervision and at least 2 periodic drug tests thereafter, not to exceed 8 tests per month, as directed by the U. S. Probation Office; and

3) Defendant shall pay all or part of the costs of treating his/her drug and/or alcohol dependency to the aftercare contractor during the period of supervision and shall provide proof of payment, as directed by the U. S. Probation Office

Date: 9/9/16

Hon. _____, U. S. Magistrate Judge

---

## CONSENT OF THE DEFENDANT

I have read the proposed Order of Probation Under 18 U.S.C. § 3607 and the Conditions of Probation. I understand that if I violate any conditions of probation, the court may enter a judgment of conviction and proceed as provided by law. I consent to the entry of the Order.

I also understand that, if I have not violated any condition of my probation, the Court, without entering a judgment of conviction, (1) <u>may</u> dismiss the proceedings and discharge me from probation <u>before</u> the expiration of the term of probation, or (2) <u>shall</u> dismiss the proceedings and discharge me from probation <u>at</u> the expiration of the term of probation.

I ☐ am  ☒ am not entitled to an expungement order as provided in 18 U.S.C. § 3607(c), if the proceedings are dismissed.

Date: 9/9/16

_____ Defendant

_____ Defense Counsel

# CONDITIONS OF PROBATION

While the defendant is on probation, the defendant:

1) shall not commit another federal, state or local crime.
2) shall not leave the judicial district without the permission of the court or probation officer;
3) shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
4) shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5) shall support his or her dependents and meet other family responsibilities;
6) shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
7) shall notify the probation officer at least ten days prior to any change in residence or employment;
8) shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
9) shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
10) shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
11) shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
12) shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
13) shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement; and
15) shall not possess a firearm or destructive device.